AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/25/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___slo___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
10/25/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPTUTY

United States of America

v.

WILLIAM ROY RIOS,

Defendant

Case No.   2:22-mj-04194-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 9, 2022 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

 *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Vanessa Tinajero
Complainant's signature

Vanessa Tinajero, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    10-25-22

John E. McDermott
Judge's signature

City and state:   Los Angeles, California

Hon. John E. McDermott, U.S. Magistrate Judge
Printed name and title

AUSA: Juan M. Rodriguez (x0304)

**AFFIDAVIT**

I, Vanessa Tinajero, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against WILLIAM ROY RIOS ("RIOS") aka Snake, for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint, arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since June 2021.

4. I am currently assigned to a Criminal Enterprise Squad at the Los Angeles Field Office of the FBI, which investigates criminal gang activity. I am also a member of the FBI Los Angeles Metropolitan Task Force on Violent Gangs, a multi-agency federal, state, and local gang task force.

5. As an SA, I have participated in investigations including gang activity, and firearms and narcotics trafficking. For the past eleven months, I have primarily investigated violent street gangs involved in narcotics distribution crimes, gun crimes, and criminal conspiracies. Throughout my investigations, I have used a variety of law enforcement techniques, including physical and electronic surveillance, controlled drug buys, interviews of witnesses and subjects and use of confidential informants. I have also completed training for monitoring Title III communications and wire interceptions.

6. As an SA, I have received formal training in investigating federal crimes, including federal narcotic and conspiracy crimes. Throughout my law enforcement career, I have learned about gangs, gang culture, and gang operations through both experienced law enforcement officers and knowledgeable confidential sources. Through my experience and training and conversations with more experienced agents and officers, I have also learned about how firearms are acquired and controlled substances are distributed and sold. I have become familiar with the efforts of individuals engaged in the manufacturing, distribution, and sale of firearms to avoid detection and apprehension by law enforcement officers.

### III. SUMMARY OF PROBABLE CAUSE

7. On October 9, 2022, Los Angeles Police Department ("LAPD") Officers Moreno and Vega were on patrol in the Beacon Avenue and Olympic Boulevard area when they saw a man they knew to be associated with 18th Street gang make a sudden movement of

reaching down to the ground and behind an adjacent vehicle. Due to the Officers' training and experience, they believed the individual may have been attempting to conceal a firearm or discard narcotics, and they walked over to the individual. Prior to patrolling that day, the Officers had been informed that there was a shooting/robbery in the same area days before and that the victim identified the shooter as someone in a wheelchair.

8. When the Officers approached the individual who made the sudden movement, they also saw another male, who the Officers identified as RIOS, in a wheelchair. Officer Moreno had prior contacts with RIOS, knew that RIOS was also associated with the 18th Street gang, and knew that RIOS recently had an active warrant. Officer Moreno asked RIOS if he had taken care of his warrant, and RIOS said he had. When Officer Moreno ran RIOS through the wants and warrants system, he saw that RIOS still had an active warrant. Officer Moreno took RIOS into custody on the outstanding warrant and searched his person incident to arrest. Officers searched a satchel he had wrapped around his right arm and found a firearm with one live round of ammunition and five spent casings.

### IV. STATEMENT OF PROBABLE CAUSE

9. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A. Officer's Prior Knowledge of RIOS as Documented 18th Street Gang Member

10. Officers Moreno and Vega were assigned to Rampart Division's Gang Enforcement Detail and were tasked with monitoring the daily activities, territories, rivalries, crimes, and membership of the 18th Street criminal street gang. Officers Moreno and Vega have had numerous contacts with 18th Street gang members, both in custody and out of custody. Officers Moreno and Vega have familiarity with the gang's membership, territory, rivalries, allies, symbols, gang graffiti, gang signs, and crimes they commit.

11. Officer Moreno is a court-qualified 18th Street gang expert. According to Officer Moreno, RIOS is a documented 18th Street gang member from the Tiny Devils Clique. Officer Moreno has had prior contacts with RIOS within the 18th Street area and associated with other 18th Street gang members. RIOS has a tattoo of "18" on his right arm, "XV3" (Roman numerals "X"=10, "V"=5, and 3 added is "18") on RIOS' stomach which shows allegiance to the 18th Street gang. Officer Moreno had knowledge of these tattoos prior to October 9, 2022.

### B. Prior Shooting on 11th and Beacon Avenue Days Prior

12. On October 5, 2022, Officers Moreno and Vega received information of a possible gang-related robbery which occurred at approximately 5:15 am on 11th Street and Beacon Avenue in Los Angeles. Officers met with the victim, H.C., at California Hospital. H.C. stated that an unknown suspect approached H.C. and demanded H.C.'s property. H.C. stated the suspect was armed

4

with a black firearm and shot H.C. above the left knee.  H.C. fled to 1904 West Olympic Boulevard and called the police.  H.C. stated the suspect fled northbound on Beacon Avenue towards Olympic Boulevard riding a wheelchair.

    **C.**    **RIOS Located on Beacon Avenue and Olympic Boulevard By Officers**

    13.  On October 9, 2022, at approximately 6:50 pm, Officers Moreno and Vega were assigned to Rampart Gang Enforcement Detail, and were working in full uniform driving a marked black and white police vehicle.  As Officer Vega was driving Northbound on Beacon Avenue towards Olympic Boulevard, Officer Moreno immediately identified 18th Street gang member Daniel CORTEZ aka Casper, "CORTEZ", and saw him quickly make a sudden movement of reaching down to the ground and behind an adjacent vehicle parked on the west curb of Beacon Avenue, obstructing the view of Officers Moreno and Vega.  Due to Officer Moreno's training and experience, the mannerism was consistent with attempting to conceal and secure firearms or discard or destroy narcotics.  Officers Moreno and Vega approached CORTEZ to investigate that activity.  While approaching CORTEZ, Officers observed a male in a wheelchair.  Officer Moreno recognized the man in the wheelchair from prior interactions as RIOS, and knew that RIOS was also associated with 18th Street gang.

    **D.**    **Officer Moreno Confirms RIOS has Active Warrant**

    14.  Officer Moreno recalled RIOS had an active warrant from prior contact with him.  Officer Moreno asked RIOS if he took care of the warrant, and RIOS replied "yes, they gave me a

5

10-day flash". Officer Moreno walked back to his patrol vehicle to conduct a wants and warrants check of RIOS which showed that RIOS was wanted for a violation of California Health and Safety Code Section 11370.1(A), Possession of Controlled Substance while Armed, under warrant number LACBA49946801.

### E. Search Incident to Arrest Results in Discovery of Firearm and Ammunition

15. Due to RIOS' active warrant, Officer Moreno took RIOS into custody and officers conducted a search of RIOS's person incident to arrest. RIOS possessed a black satchel wrapped around his right arm, which was removed by Officer Vega. As Officer Vega searched the satchel, she felt what she immediately recognized as a pistol, inside the large pocket of the satchel. Officer Vega recovered a Chrome Colt revolver, Serial Number #282688. The firearm was loaded with one live round of Winchester .38 caliber ammunition and five spent casing of Winchester .38 caliber ammunition. RIOS was arrested and transported to LAPD Rampart Station for booking.

### F. RIOS is Prohibited from Possessing a Firearm or Ammunition

16. On October 20, 2022, I reviewed certified conviction documents for RIOS and learned that RIOS has previously been convicted of the following felony crimes punishable by a term of imprisonment exceeding one year:

    a. On or about December 5, 2003, a violation of California Penal Code Section 211, Robbery in the First Degree, in the Superior Court for the State of California, County of Los Angeles, Case Number VA079734;

   b. On or about March 7, 2007, a violation of California Penal Code Section 11377(A), Possession of Methamphetamine, in the Superior Court for the State of California, County of Los Angeles, Case Number TA08954601;

   c. On or about June 11, 2012, a violation of California Vehicle Code Section 10851(A), Driving or Taking a Vehicle without Consent, in the Superior Court for the State of California, County of Los Angeles, Case Number LA0710460;

   d. On or about April 6, 2016, a violation of California Penal Code Section 245(A)(4), Assault by Means Likely to Produce Great Bodily Injury, in the Superior Court for the State of California, County of Los Angeles, Case Number BA433653;

   e. On or about October 25, 2018, a violation of California Vehicle Code Section 10851(A), Driving or Taking a Vehicle without Consent, in the Superior Court for the State of California, County of Los Angeles, Case Number VA147081;

   f. On or about April 19, 2021, a violation of California Penal Code Section 2800.4, Evading a Peace Officer, in the Superior Court for the State of California, County of Los Angeles, Case Number VA154024; and

   g. On or about April 19, 2021, a violation of California Vehicle Code 10851, Taking a Vehicle Without Consent, in the Superior Court for the State of California, County of Los Angeles, Case Number VA154024.

G. **The Ammunition and Firearm were Manufactured Outside of California**

17. On October 21, 2022, an FBI Interstate Nexus Expert Special Agent Christopher C. Harris examined a photograph of the Chrome Colt revolver, bearing Serial Number #282688, which was seized from RIOS. SA Harris determined that the revolver was manufactured in Connecticut. Because the revolver was found in California, it has traveled in and affected interstate commerce.

18. SA Harris also examined the one live round of Winchester .38 caliber ammunition, and five spent casings of Winchester .38 caliber ammunition seized from RIOS and determined that all of the ammunition was manufactured outside of California. Because the ammunition was found in California, it has traveled in and affected interstate commerce.

## V. CONCLUSION

19. For all of the reasons described above, there is probable cause to believe that WILLIAM ROY RIOS has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 25th day of October, 2022

*/s/ John E. McDermott*

HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE